Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−15915−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Penelope Wise
   12 Westminster Place
   Morristown, NJ 07960

Social Security No.:
   xxx−xx−6727

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 25, 2017.

On 6/29/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:              August 8, 2018
Time:              09:00 AM
Location:          Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 2, 2018
JAN: dmc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-15915-SLM
Penelope Wise                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jul 02, 2018
                              Form ID: 185             Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2018.
db             +Penelope Wise,    12 Westminster Place,    Morristown, NJ 07960-5810
516724616       AARP Chase,    PO Box 15123,    Wilmington, DE 19850-5123
516724617       Adjustment Associates, Inc.,    PO Box 442,    Hasbrouck Heights, NJ 07604-0442
516724619       Blue Virgo Management, LLC,    50 S 16th St Ste 2050,    Philadelphia, PA 19102-2516
516724621      +Convergent Outsourcing,    800 SW 39th ST,    Renton, WA 98057-4975
516724622       Crown Oil,    PO Box 207,    Chatham, NJ 07928-0207
516834046      +Morgan Stanley Mortgage Capital Holdings LLC,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516724623       SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
516724624       Supreme Energy, Inc.,    532 Freeman St,    Orange, NJ 07050-1312
516724625       UAS, LLC,    PO Box 807010,    Kansas City, MO 64180-7010
516961026      +US Bank Cust BV Trst2015-1,    Attn: BlueVirgo Capital Mgmt.,    164 Mason St., Fl. 2 South,
                 Greenwich, CT 06830-6677

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 03 2018 00:30:38     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 03 2018 00:30:33     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 03 2018 00:35:36
                 Capital One Auto Finance,    a division of Capital One, NA,    PO Box 165028,
                 Irving, TX 75016-5028
516724618       E-mail/Text: bankruptcycare@affinityfcu.com Jul 03 2018 00:29:59     Affinity FCU,
                 73 Mountain Rd Bldg 200,    Basking Ridge, NJ 07920-3854
516741287      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 03 2018 00:35:07
                 Capital One Auto Finance c/o AIS,    Portfolio Services, LP f/k/a AIS Data,
                 Services d/b/a/ Ascension Capital,    Group,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
516735232      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 03 2018 00:35:36
                 Capital One Auto Finance,,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
516724620      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 03 2018 00:36:07
                 Capital One Auto Financial,    3901 Dallas Pkwy,    Plano, TX 75093-7864
516725444      +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2018 00:35:28     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516866034      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 03 2018 00:36:09     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2018 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor    FV-1 Inc. in Trust for Morgan Stanley Mortgage Capital
               Holdings LLC servicer Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald C. Goins    on behalf of Debtor Penelope  Wise dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Jason Brett Schwartz    on behalf of Creditor   Capital One Auto Finance
               jschwartz@mesterschwartz.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 02, 2018
                              Form ID: 185             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Marie-Ann   Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz     on behalf of Creditor    FV-1 Inc. in Trust for Morgan Stanley Mortgage
           Capital Holdings LLC servicer Specialized Loan Servicing LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6