Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.: 17−15915−SLM
                                        Chapter: 13
                                        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Penelope Wise
   12 Westminster Place
   Morristown, NJ 07960

Social Security No.:
   xxx−xx−6727

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/13/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 13, 2018
JAN: rah

                                                                                         Jeanne Naughton
                                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-15915-SLM
Penelope Wise                                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Aug 13, 2018
                              Form ID: 148             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
```
db              +Penelope Wise,    12 Westminster Place,    Morristown, NJ 07960-5810
516724617        Adjustment Associates, Inc.,    PO Box 442,    Hasbrouck Heights, NJ 07604-0442
516724619        Blue Virgo Management, LLC,    50 S 16th St Ste 2050,    Philadelphia, PA 19102-2516
516724622        Crown Oil,    PO Box 207,    Chatham, NJ 07928-0207
516834046       +Morgan Stanley Mortgage Capital Holdings LLC,    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516724623        SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
516724624        Supreme Energy, Inc.,    532 Freeman St,    Orange, NJ 07050-1312
516724625        UAS, LLC,    PO Box 807010,    Kansas City, MO 64180-7010
516961026       +US Bank Cust BV Trst2015-1,    Attn: BlueVirgo Capital Mgmt.,    164 Mason St., Fl. 2 South,
                  Greenwich, CT 06830-6677
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 13 2018 23:46:45      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 13 2018 23:46:41      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr              +EDI: AISACG.COM Aug 14 2018 03:13:00      Capital One Auto Finance,
                  a division of Capital One, NA,    PO Box 165028,    Irving, TX 75016-5028
516724616        EDI: CHASE.COM Aug 14 2018 03:13:00      AARP Chase,    PO Box 15123,
                  Wilmington, DE 19850-5123
516724618        E-mail/Text: bankruptcycare@affinityfcu.com Aug 13 2018 23:46:07      Affinity FCU,
                  73 Mountain Rd Bldg 200,    Basking Ridge, NJ 07920-3854
516741287       +EDI: AIS.COM Aug 14 2018 03:13:00      Capital One Auto Finance c/o AIS,
                  Portfolio Services, LP f/k/a AIS Data,    Services d/b/a/ Ascension Capital,    Group,
                  4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
516735232       +EDI: AISACG.COM Aug 14 2018 03:13:00      Capital One Auto Finance,,
                  c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
516724620       +EDI: CAPONEAUTO.COM Aug 14 2018 03:13:00      Capital One Auto Financial,    3901 Dallas Pkwy,
                  Plano, TX 75093-7864
516724621       +EDI: CONVERGENT.COM Aug 14 2018 03:13:00      Convergent Outsourcing,    800 SW 39th ST,
                  Renton, WA 98057-4975
516725444       +EDI: RMSC.COM Aug 14 2018 03:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
516866034       +EDI: AIS.COM Aug 14 2018 03:13:00      Verizon,    by American InfoSource LP as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 11
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    FV-1 Inc. in Trust for Morgan Stanley Mortgage Capital
           Holdings LLC servicer Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          Donald C. Goins    on behalf of Debtor Penelope  Wise dcgoins1@gmail.com,
           G25787@notify.cincompass.com
          Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
           jschwartz@mesterschwartz.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2            Date Rcvd: Aug 13, 2018
                               Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Rebecca Ann Solarz    on behalf of Creditor    FV-1 Inc. in Trust for Morgan Stanley Mortgage Capital Holdings LLC servicer Specialized Loan Servicing LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                             TOTAL: 6